IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Joseph A. Franklin
Plaintiff(s)

Case Number: 1:07-cv-01205

vs

John Potter Postmaster General et al.
Defendant(s)

AFFIDAVIT OF SERVICE

I, Mark Simons, hereby certify that on August 8, 2007 at 3:15 PM, I executed service of process upon **DARHNE MUSE, ADMINISTRATIVE ASSISTANT/LAW DEPARTMENT, AUTHORIZED TO ACCEPT SERVICE OF JOHN POTTER, POSTMASTER GENERAL**, 475 L'enfant Plaza S.W., Room 10022, Washington, DC 20260-2200, by delivering to and leaving with personally, copies of Summons, Complaint, Initial Electronic Case Filing Order.

Darhne Muse is described as a Black Female, approximately 5' 8" tall, 190-200 pounds, Brown eyes, Black hair, and 44 years of age. The undersigned further certifies that my place of business is: 808 L Street SE, Suite B, Washington, DC 20003-3629; that I am 46 years of age, Date of Birth 4/4/1961; and that I am not a party to this action.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on August 9, 2007.

Date August 9, 2007.

_Mark Simons_ (signature)
Mark Simons

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on August 9, 2007.

_Rosanna Settles_ (signature)
My Commission Expires: 10-31-2011

Ref.# 77859

RECEIVED
2007 AUG 10 PM 2:20
NANCY M. MAYER-WHITTINGTON CLERK
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

Joseph A. Franklin
Plaintiff(s)

Case Number: 1:07-cv-01205

vs

John Potter Postmaster General et al.
Defendant(s)

### AFFIDAVIT OF SERVICE

I, Mark Simons, hereby certify that on August 8, 2007 at 4:04 PM, I executed service of process upon **W.T. LEE, GENERAL CLERK, AUTHORIZED TO ACCEPT SERVICE OF ALBERTO R. GONZALES, U.S. ATTORNEY GENERAL - DEPARTMENT OF JUSTICE**, 950 Pennsylvania Avenue NW, Washington, DC 20530, by delivering to and leaving with personally, copies of Summons, Complaint, Initial Electronic Case Filing Order.

W.T. Lee is described as a Black Female, approximately 5' 7" tall, 150-160 pounds, Brown eyes, Glasses, Black hair, and 52 years of age. The undersigned further certifies that my place of business is: 808 L Street SE, Suite B, Washington, DC 20003-3629; that I am 46 years of age, Date of Birth 4/4/1961; and that I am not a party to this action.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on August 9, 2007.

Date August 9, 2007.

_Mark Simons_
Mark Simons


WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on August 9, 2007.

_Rosanna Settles_

My Commission Expires: 10-31-2011

Ref.# 77861

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

Joseph A. Franklin
Plaintiff(s)

vs

Case Number: 1:07-cv-01205

*ESH*

John Potter Postmaster General et al.
Defendant(s)

## AFFIDAVIT OF SERVICE

I, Mark Simons, hereby certify that on August 8, 2007 at 3:39 PM, I executed service of process upon **LAKESHA CARROLL, DOCKER CLERK, AUTHORIZED TO ACCEPT SERVICE OF JEFFREY A. TAYLOR ESQ.** at 7728 Burnside Road, #A1, Landover, MD 20785 by delivering to and leaving with personally, copies of Summons, Complaint, Initial Electronic Case Filing Order.

Lakesha Carroll is described as a Black Female, approximately 5' 8" tall, 180-190 pounds, Brown eyes, Black hair, and 32 years of age. The undersigned further certifies that my place of business is: 808 L Street SE, Suite B, Washington, DC 20003-3629; that I am 46 years of age, Date of Birth 4/4/1961; and that I am not a party to this action.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on August 9, 2007.

Date August 9, 2007.

*(signature)*
Mark Simons

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on August 9, 2007.

*(signature)*
My Commission Expires: 10-31-2011

Ref.# 77860