UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH A. FRANKLIN<br>9903 Glen Way<br>Ft. Washington, Maryland 20744<br>    Plaintiff,<br><br>    v.<br><br>JOHN POTTER<br>POSTMASTER GENERAL<br>475 L'Enfant Plaza S.W.<br>Room 10022<br>Washington, D.C. 20260<br><br>    Defendant. | Civil Action No.: 07-1205 (ESH) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Alan Burch as counsel for Defendant in the above-captioned case.

　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　ALAN BURCH, D.C. Bar # 470655
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　555 4th St., N.W.
　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　(202) 514-7204
　　　　　　　　　　　　　　　　　alan.burch@usdoj.gov