UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH A. FRANKLIN ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 07-1205 (ESH) |
| ) | |
| v. ) | |
| ) | |
| JOHN POTTER, ) | |
| POSTMASTER GENERAL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S FIRST MOTION TO ENLARGE TIME TO FILE ANSWER
OR OTHERWISE RESPOND TO COMPLAINT**

Defendant, John Potter, the U.S. Postmaster General, respectfully requests an extension of time of two weeks in which to file an answer or otherwise respond to the complaint in this case, which arises under Title VII of the Civil Rights Act and involves allegations of employment discrimination. Defendant's answer is currently due today. This morning, undersigned counsel sent an email to, and left a voice message for, opposing counsel regarding this motion, but has not heard back yet.

Defendant requests the extension to permit sufficient time for undersigned counsel to confer with agency counsel and obtain the necessary case files. The consultation and transport of records have been delayed by agency counsel's unexpected absence from the office in recent days, including last week, due to matters arising from her pregnancy. It appeared as recently as last week that Defendant would be able to respond to the complaint by the existing deadline, but undersigned counsel did not learn of the agency counsel's condition and related absence until today.

There are no other pending deadlines in this case and it does not appear that Plaintiff will be prejudiced by the delay.

October 9, 2007                                   Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

 /s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

 /s/
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH A. FRANKLIN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN POTTER, )<br>POSTMASTER GENERAL, )<br>)<br>Defendant. )<br>) | Civil Action No.: 07-1205 (ESH) |

**ORDER**

UPON CONSIDERATION of Defendant's First Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint, and the entire record herein, it is hereby

ORDERED that the motion is granted and it is further

ORDERED that Defendant shall file an answer or otherwise respond to the complaint on or before October 23, 2007.

So ordered, this _____ day of October, 2007.

 

_____
ELLEN S. HUVELLE
United States District Judge