UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOSEPH A. FRANKLIN,            )<br>                                              )<br>            Plaintiff,                   )<br>                                              )<br>      v.                                    )<br>                                              )<br> JOHN POTTER,                    )<br> POSTMASTER GENERAL,  )<br>                                              )<br>            Defendant.              )<br>                                              ) | Civil Action No.: 07-1205 (ESH) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney John G. Interrante, and remove the appearance of Assistant United States Alan Burch, as counsel for Defendant in the above-captioned case.

/s/
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov