UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH A. FRANKLIN ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 07-1205 (ESH) |
| ) | |
| v. ) | |
| ) | |
| JOHN POTTER, ) | |
| POSTMASTER GENERAL, ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME FOR PARTIES TO FILE JOINT RULE 16.3 REPORT AND TO RESCHEDULE NOVEMBER 13, 2007 INITIAL STATUS CONFERENCE**

Defendant, John Potter, the United States Postmaster General, respectfully requests an enlargement of time of one week to, and including November 13, 2007, for the parties for file the Joint Report of Local Rule 16.3 conference in this case, which arises under Title VII of the Civil Rights Act and involves allegations of employment discrimination. The joint report is currently due today, and this is the first request for additional time to file the report. Plaintiff's counsel consents to this request.

Defendant requests the enlargement of time because this case has been reassigned to undersigned counsel, who transferred to the Civil Division on November 5, 2007, and will need additional time to review the case file, and to confer and consult with agency counsel, as well as opposing counsel.

Additionally, the parties request that the November 13, 2007 initial status conference be rescheduled for November 20, 2007.

       Respectfully submitted,

       _____
       JEFFREY A. TAYLOR, D.C. Bar # 498610
       United States Attorney


         /s/
       _____
       RUDOLPH CONTRERAS, D.C. Bar # 434122
       Assistant United States Attorney


         /s/
       _____
       JOHN G. INTERRANTE
       PA Bar # 61373
       Assistant United States Attorney
       Civil Division
       555 4th Street, N.W.
       Washington, D.C. 20530
       (202) 514-7220
       (202) 514-8780 (fax)
       John.Interrante@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOSEPH A. FRANKLIN )<br><br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN POTTER, )<br>POSTMASTER GENERAL, )<br>)<br>Defendant. ) | Civil Action No.: 07-1205 (ESH) |

### ORDER

Upon Consideration of the Consent Motion for Enlargement of Time for Parties to File Joint Rule 16.3 Report and to Reschedule November 13, 2007 Initial Status Conference, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED.

It is further ORDERED that the parties shall file the Joint Rule 16.3 Report on or before November 13, 2007.

It is further ORDERED that the initial status conference set for November 13, 2007 is rescheduled for November 20, 2007 at _____ a.m. / p.m..

It is SO ORDERED this _____ day of November, 2007.

_____
ELLEN S. HUVELLE
United States District Judge