UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH A. FRANKLIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-1205 (ESH) |
| | ) |
| JOHN POTTER, Postmaster General of the United States, | ) |
| | ) |
| Defendant. | ) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME
FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant, John Potter, Postmaster General of the United States respectfully requests an additional thirty (45) days to file a motion for summary judgment in this case, which involves allegations of employment discrimination. With this motion, Defendant requests a new deadline of August 27, 2008.

The extension is requested to permit undersigned counsel sufficient time to review the files and consult with agency counsel. This case was assigned to undersigned counsel toward the end of the discovery period because the attorney previously working on the case went on medical leave. As such, it took undersigned counsel additional time to get up-to-speed on this case. Moreover, discovery has proceeded for both parties more slowly than anticipated.

This is Defendant's first request to move this deadline, and Defendant contends that the extension will not prejudice Plaintiff. In fact, undersigned counsel and opposing counsel spoke about this extension and both parties agreed to the enlargement of time.

A proposed order is attached.

Dated: July 17, 2008.                               Respectfully submitted,


   /s/
JEFFREY A. TAYLOR D.C. BAR # 498610
United States Attorney


   /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


    /s/
CHRISTIAN A. NATIELLO, D.C. BAR #473960
Assistant United States Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 307-0338
christian.natiello@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOSEPH A. FRANKLIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-1205 (ESH) |
| | ) |
| JOHN POTTER, Postmaster General of the United States, | ) ) |
| | ) |
| Defendant. | ) |

**ORDER ON MOTION TO ENLARGE**

UPON CONSIDERATION of Defendant's Motion to Enlarge Time to File a Motion for Summary Judgment, and the entire record herein, it is hereby:

ORDERED that the motion is GRANTED, and it is further

ORDERED that the parties shall file any Motion for Summary Judgment by August 27, 2008;

ORDERED that the parties shall file any Oppositions thereto by September 29, 2008.

So ordered, this _____ day of _____ 2008.

                                                The Honorable Ellen S. Huvelle
                                                United States District Judge