UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH A. FRANKLIN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-1205 (ESH) |
| JOHN POTTER, Postmaster General of the United States, | ) |
| Defendant. | ) |

**MOTION FOR ENLARGEMENT OF TIME
FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant, John Potter, Postmaster General of the United States respectfully requests an additional thirty (30) days to file a motion for summary judgment in this case, which involves allegations of employment discrimination. With this motion, Defendant requests a new deadline of September 29, 2008.

The extension is requested to permit undersigned counsel sufficient time to review the files and consult with agency counsel. This case was assigned to undersigned counsel toward the end of the discovery period because the attorney previously working on the case went on medical leave. As such, it took undersigned counsel additional time to get up-to-speed on this case. Moreover, the agency counsel on this case has been reassigned twice. Due to these circumstances, the drafting of the motion has been more delayed than anticipated.

This is Defendant's second request to move this deadline, and Defendant contends that the extension will not prejudice Plaintiff.

Undersigned counsel reached opposing counsel by email. Opposing counsel responded, writing that he was trying to reach his client and would get back to undersigned counsel. As of the time of this filing, undersigned counsel had not heard back from opposing counsel.

A proposed order is attached.

Dated: August 27, 2008.                    Respectfully submitted,

                                      /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                                      /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

                                      /s/
CHRISTIAN A. NATIELLO, D.C. BAR #473960
Assistant United States Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 307-0338

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOSEPH A. FRANKLIN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-1205 (ESH) |
| JOHN POTTER, Postmaster General of the United States, | ) |
| Defendant. | ) |

**ORDER ON MOTION TO ENLARGE**

UPON CONSIDERATION of Defendant's Motion to Enlarge Time to File a Motion for Summary Judgment, and the entire record herein, it is hereby:

ORDERED that the motion is GRANTED, and it is further

ORDERED that the parties shall file any Motion for Summary Judgment by September 29, 2008;

ORDERED that the parties shall file any Oppositions thereto by October 29, 2008.

So ordered, this _____ day of _____ 2008.

                                                                           The Honorable Ellen S. Huvelle
                                                                           United States District Judge